In the Matter of the Claim of CHARLOTTE BOGOLD,
Respondent, against BOGOLD BROTHERS, INC., et al.,
Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Appeal — workmen's compensation — order of Appellate Division reversing rescission of award and remitting claim, appealable to Court of Appeals.*

An order of the Appellate Division reversing the rescission of an award under the Workmen's Compensation Law and remitting the claim merely to reinstate the award may be regarded as a final order or an order for a new trial with stipulation for judgment absolute subject to review in this court where no further hearing is contemplated.

*Matter of Bogold* v. *Bogold Brothers, Inc.*, 218 App. Div. 676, affirmed.

(Argued May 9, 1927; decided May 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

January 6, 1927, which reversed a decision of the State Industrial Board rescinding an award made under the Workmen's Compensation Law and remitted the claim.

*William E. Lyons, Barnett Cohen* and *Frank J. O' Neill* for appellants.

*Philip A. Sullivan* for respondent.

*Per Curiam.* The Appellate Division has remitted the claim to the State Industrial Board merely to reinstate the award to respondent in accordance with the opinions of the Appellate Division. No further hearing is contemplated. Appellant on the argument stipulates for such award in case of affirmance. The order may be regarded as a final order or an order for a new trial with stipulation for judgment absolute and subject to review in this court.

The order should be affirmed, with costs.

CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ., concur; KELLOGG, J., not sitting.

Order affirmed, etc.